The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Joshua Stanton*
   *v. Virginia Beach – Fire Operations*
   Record No. 0344-23-1
   Opinion rendered by Judge Athey on
   January 30, 2024

2. *Katie Orndoff*
   *v. Commonwealth of Virginia*
   Record No. 0973-21-4
   En banc order rendered by Chief Judge Decker on
   February 6, 2024

3. *Dennis Christopher Howard*
   *v. Sheriff Roger L Harris, et al.*
   Record No. 1499-22-2
   Opinion rendered by Judge Callins on
   March 5, 2024

4. *Christopher O. Parrish*
   *v. Mikeya Vance*
   Record No. 1687-22-4
   Opinion rendered by Judge Causey on
   March 12, 2024

5. *Christopher Pompell*
   *v. Commonwealth of Virginia*
   Record No. 1246-23-3
   Opinion rendered by Judge O'Brien on
   March 26, 2024

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Katherine Louise Carter*
   *v. Wake Forest University Baptist Medical Center, et al.*
   Record No. 0309-22-3
   Opinion rendered by Judge White
     on March 7, 2023
   Judgment of Court of Appeals affirmed by opinion rendered on May 9, 2024
     (230260)

2. *Jason Lamont Burford*
   *v. Commonwealth of Virginia*
   Record No. 1275-22-4
   Opinion rendered by Judge Athey
     on August 8, 2023
   Refused (230708)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. *Montalla, LLC*
   *v. Commonwealth of Virginia*
   Record No. 0127-22-2
   Memorandum opinion rendered by Judge Friedman on April 25, 2023
   Judgment of Court of Appeals reversed and matter remanded to this Cour to remand to the
     trial court by opinion rendered on May 9, 2024
   (230365)

2. *Stephen Lamar Garrick*
   *v. Commonwealth of Virginia*
   Record No. 1415-21-1
   Memorandum opinion rendered by Judge Causey on May 30, 2023
   Judgment of Court of Appeals reversed and final judgment entered reinstating decision of
     trial court by opinion rendered on May 9, 2024
   (230511)

3. *Tony Jacob Thomas*
   *v. Commonwealth of Virginia*
   Record No. 1234-21-4
   Memorandum opinion rendered by Judge AtLee on April 11, 2023
   Judgment of Court of Appeals reversed and matter remanded to this Court for remand to
     the trial court for further proceedings by opinion rendered on May 30, 2024
   (230403)